# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| In re: | ) |
|  | ) **Chapter 11** |
| **Lincoln Paper and Tissue, LLC** | ) **Case No. 15-10715** |
|  | ) |
| **Debtor** | ) |

## APPOINTMENT AND NOTICE OF APPOINTMENT
## OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a)(1), the undersigned hereby appoints the following creditors to serve on the Committee of Creditors holding unsecured claims:

| | |
|---|---|
| Herbert C. Haynes, Inc.<br>P.O. Box 96<br>Winn, ME 04495<br><br>Sonoco Products Company<br>1 North 2nd. Street<br>Hartsville, SC 29550 | Timberland Trucking, Inc.<br>P.O. Box 345<br>Medway, ME 04460 |

The United States Trustee reserves the right to modify this Appointment of Committee, if necessary.

Dated at Portland, Maine this 7th day of October, 2015.

        Respectfully submitted,

        William K. Harrington
        United States Trustee

By:  /s/ Stephen G. Morrell
      Stephen G. Morrell, Esq.
      Assistant U.S. Trustee
      United States Department of Justice
      Office of United States Trustee
      537 Congress Street, Suite 300

Portland, ME 04101
PHONE: (207) 780-3564

**CERTIFICATE OF SERVICE**

    I, Stephen G. Morrell, being over the age of eighteen and an employee of the United States Department of Justice, U.S. Trustee Program, hereby certify that on October 7, 2015, I electronically filed the forgoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims and this Certificate of Service, which were served upon each of the parties set forth on this Service List via U.S. mail, postage prepaid, on October 7, 2015. All other parties listed on the Notice of Electronic Filing have been served electronically.

    Dated at Portland, Maine this 7th day of October, 2015.

                                              /s/  Stephen G. Morrell

Service List:

Christopher Hopper (via electronic mail)

Dean A. Beaupain, Esq. (via electronic mail)