## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In re:

LINCOLN PAPER AND TISSUE, LLC,

    Debtor.

Case No. 15-10715
Chapter 11

## APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Fed. R. Bankr. P. 9010, please enter the appearance of the following counsel on behalf of the Official Committee of Unsecured Creditors of Lincoln Paper and Tissue, LLC:

Jeremy R. Fischer
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland ME 04101-2480
jfischer@dwmlaw.com

The undersigned hereby request copies of all notices, papers and orders required to be given or served in accordance with Fed. R. Bankr. P. 2002 and, in addition, copies of all pleadings, notices of any applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, electronically, telegram, telex or otherwise, filed by any party in the above-captioned case.

Dated: October 8, 2015

*/s/ Jeremy R. Fischer*
Jeremy R. Fischer
DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, Maine 04101-2480
Telephone: (207) 772-1941
E-mail: jfischer@dwmlaw.com

*Counsel to the Official Committee of Unsecured Creditors of Lincoln Paper and Tissue, LLC*